

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00769-CV

**CHESAPEAKE EXPLORATION, L.L.C.**, and Chesapeake Operating, Inc.,
Appellants/Cross-Appellees

v.

Martha Rowan **HYDER**, Individually and as Independent Executrix and Trustee under the Will of Elton M. Hyder, Jr., Deceased, and as Trustee under the Elton M. Hyder Jr. Residuary Trust, and as Trustee of the Elton M. Hyder Jr. Marital Trust; Brent Rowan Hyder, Individually, and as Trustee of the Charles Hyder Trust and as Trustee of the Geoffrey Hyder Trust; Whitney Hyder More, Individually, and as Trustee of the Elton Matthew Hyder IV Trust, as Trustee of the Lili Lowdon Hyder Trust, and as Trustee of the Samuel Douglas More Trust; and Hyder Minerals, Ltd.,
Appellees/Cross-Appellants

From the 17th Judicial District Court, Tarrant County, Texas
Trial Court No. 17-244547-10
Honorable Melody M. Wilkinson, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellees recover their costs of this appeal from appellants.

SIGNED March 5, 2014.

Sandee Bryan Marion, Justice